# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK SMITH; DONALD A. MOLDE;
AND MARK E. SMITH FOUNDATION,
                    Appellants,
        vs.
STATE OF NEVADA, BOARD OF
WILDLIFE COMMISSIONERS; AND
STATE OF NEVADA, DEPARTMENT
OF WILDLIFE,
                    Respondents.

No. 73541

**FILED**

NOV 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Lynne K. Simons, District Judge
        Debbie Leonard, Settlement Judge
        Jeffrey A Dickerson
        Attorney General/Carson City
        Washoe District Court Clerk

17-39852